BLONDET, DEMANDANTE Y APELADA, *v.* BENÍTEZ ET AL.,
DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Distrito Segundo, en pleito sobre desahucio; moción para
desestimar la apelación.

No. 3152.—Resuelto en noviembre 8, 1923.

DESESTIMACIÓN DE APELACIÓN—DESAHUCIO—TÉRMINO PARA APELAR.—No procede
desestimar una apelación por el fundamento de que el demandado apeló la
sentencia en una titulada acción de desahucio seis días después de dictada.
Cuando el demandante no eligió el procedimiento especial de la Ley de Desahu-
cio de 1905, sino el de una acción ordinaria de acuerdo con el Código de
Enjuiciamiento Civil, el término que tiene en tal caso el demandado para
apelar se rige por el artículo 295 del Código de Enjuiciamiento Civil, en-
mendado en 1908.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. M. Tous Soto.*

Abogados de la apelada: *Sres. R. H. Blondet* y *J. Vall-
dejuli.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del
tribunal.

En este caso se solicita por el apelado la desestimación
del recurso de apelación establecido por el demandado ape-
lante, y se funda la parte apelada en que dicho recurso fué
interpuesto seis días después de registrada la sentencia.

El apelante se opone alegando que el procedimiento escogido por la demandante no ha sido el especial que dispone la ley sobre desahucio, aprobada en marzo 9, 1905, y que en su consecuencia el término que rige para apelar es el señalado en la Ley de Enjuiciamiento Civil.

El apelante, para probar su oposición, ha presentado una declaración jurada suscrita por su abogado, sin objeción de la otra parte, y por ella se comprueba que no fué celebrada la primera comparecencia a que se contrae la sección 4ª. de la ley de desahucio, *supra,* y que impugnado el emplazamiento por haberse librado en la forma ordinaria, la corte inferior resolvió desestimar la impugnación, declarando que la demandante para obtener el desahucio, podía optar por el procedimiento ordinario o el especial de la ley de desahucio.

Planteada la cuestión de un modo preciso, en el sentido de que el procedimiento seguido ante la corte inferior no es el especial de desahucio, sino el de una acción ordinaria bajo las prescripciones de la Ley de Enjuiciamiento Civil, no cabe abandonar las prescripciones de esta ley y acudir a la especial para aplicar en parte sus disposiciones. En su consecuencia, el término para apelar en este caso se rige por la disposición del artículo 295 del Código de Enjuiciamiento Civil, enmendado según la ley de 11 de marzo de 1908.

La moción del apelado debe desestimarse.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.